## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RONALD E. ALONZO,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **JOE TERRA,** *et al.*, | : | **NO. 23-CV-2532** |
| **Defendants.** | : | |

### ORDER

**AND NOW**, this **3rd day** of **May 2024**, upon consideration of Moving Commonwealth Defendants' Motion to Dismiss Plaintiff's Complaint (ECF No. 25) and Plaintiff Ronald E. Alonzo's Response in Opposition (ECF No. 28), it is hereby **ORDERED** that this Motion (ECF No. 25) is **GRANTED** in part and **DENIED** in part, for the reasons stated in the Court's Memorandum, as follows:

1. Moving Defendants' Motion to Dismiss is **GRANTED**, without prejudice, as to Plaintiff's 42 U.S.C. § 1983 claims against Moving Defendants Hensley, Yodis, Sorber and Wagner.[1]

2. Moving Defendants' Motion to Dismiss is **DENIED** as to Plaintiff's 42 U.S.C. § 1983 claim against Moving Defendant Lt. Diguardi.

Defendants remaining in this action are Joe Terra, Jordan, Wagner, and Lt. Diguardi. Responsive pleadings to the Complaint (ECF No. 1) are due on or before **May 17, 2024**.[2]

---

[1] Plaintiff's state sexual assault claim was not raised in Moving Defendants' Motion to Dismiss (ECF No. 25) and is not addressed here.
[2] The Court notes that Defendants Terra and Jordan filed an Answer to Plaintiff's Complaint on December 11, 2023 (ECF No. 26).

BY THE COURT:

/s/ Chad F. Kenney

_____

CHAD F. KENNEY, J