IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RONALD E. ALONZO,** | : | **CIVIL ACTION** |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| **JOE TERRA, et al.,** | : | |
| *Defendants*. | : | No. 23-cv-2532 |

# ORDER

**AND NOW**, this **5th** day of **August 2025**, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 71), Plaintiff Alonzo's Opposition (ECF No. 83), Defendants' Response to Court's Order (ECF No. 90), Plaintiff Alonzo's Short Statement (ECF No. 93), Plaintiff Alonzo's Motion for Abeyance (ECF No. 94), and the docket, it is hereby **ORDERED** as follows:

1. Plaintiff's Motion for Abeyance (ECF No. 94) is denied as **MOOT**.[1]

2. Defendants' Motion for Summary Judgment (ECF No. 71) is **GRANTED** with respect to Plaintiff Alonzo's claims under federal law—that is, the claims that his H-Code designation, prison transfer, and placement in administrative custody violated his federal constitutional rights.

---

[1] Mr. Alonzo moves for this Court to hold Defendants' Motion for Summary Judgment in abeyance, arguing Defendants never served him with their summary judgment reply brief (ECF No. 87). ECF No. 94 at 2. Defendants' reply brief includes a certificate of service, which states that the brief was served by mail to the same prison address for Mr. Alonzo as Defendants' Motion. *Compare* ECF No. 87 at 8, *with* ECF No. 71 at 38.

Assuming Mr. Alonzo is correct that he was not served, this Court will strike Defendants' reply brief. The Court does not rely on the reply brief in the instant Order or accompanying Opinion. Because this Court will strike the reply brief, Plaintiff's Motion for Abeyance (ECF No. 94) is moot.

2

3. The Court **DECLINES** supplemental jurisdiction over Plaintiff's claim under state law against Corrections Officer Wagner, and dismisses this claim without prejudice, so that the claim may be litigated in state court. **If Mr. Alonzo chooses to file his state law claim against Corrections Officer Wagner in state court, he is directed to be mindful of the fact that his deadline for doing has been paused during the course of this federal lawsuit and will be paused for 30 additional days from the date of this Order, unless Pennsylvania law provides for a longer tolling period.** *See* 28 U.S.C. § 1367(d).

        **BY THE COURT:**

        /s/ Chad F. Kenney
        _____
        **CHAD F. KENNEY, JUDGE**